IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVANS DEWAYNE SCRUGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 14-0339-CG-B |
| | ) |
| BERG SPIRAL PIPE CORP., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Order granting in part the Defendant's Motion for Summary, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, Berg Spiral Pipe Corp, and against Plaintiff, Evans Dewayne Scruggs, with respect to Count II of the Plaintiff's Complaint.  It is, therefore, **ORDERED** that the Plaintiff's claim for race discrimination is hereby **DISMISSED with prejudice**.

The parties having filed a Joint Stipulation of Dismissal With Prejudice (Doc. 40) on September 9, 2015, it is **ORDERED** that all remaining claims in this matter are hereby **DISMISSED with prejudice**.  Each party shall bear his or its own costs and fees.

**DONE and ORDERED** this 10th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE